Margaret A. Connell, Appellant, v. Joseph D. Brinckerhoff, Respondent, Impleaded with Louis Roth.— Order affirmed, with ten dollars costs and dis-

bursements, on the authority of *Connell* v. *New York, Ontario & Western R. Co.* (*ante,* p. 872), decided April 19, 1907. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.